**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JACKSON LEWIS P.C.
58 S. Service Road, Suite 250
Melville, New York 11747
Jeffrey M. Schlossberg, Esq.
*Attorney for Defendants*

| | |
|---|---|
| JONATHAN PEREZ,<br><br>                              Plaintiff,<br><br>        v.<br><br>BLUE SKY HOSPITALITY SOLUTIONS, LLC, NAVEEN SHAH, an individual, MADHU PAREEK, an individual, DANIEL NEREBECKI, an individual, ROBERT MARCIL, an individual, AZAM ALI, an individual,<br><br>                              Defendants. | **NOTICE OF REMOVAL**<br><br> Civil Action No. |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Defendants BLUE SKY HOSPITALITY SOLUTIONS, LLC, NAVEEN SHAH, MADHU PAREEK, DANIEL NEREBECKI, ROBERT MARCIL, and AZAM ALI (collectively "Defendants"), by and through their undersigned attorney, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully remove this action and state:

1.      Jonathan Perez ("Plaintiff") instituted a civil action in the Supreme Court of the State of New York, County of Nassau by filing a Summons and Complaint on or about July 11, 2022.  The Clerk assigned Index No. 608971/2022 to the action (hereinafter referred to as the "State Action").   A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

2.      The Complaint has not been served on any of the Defendants.

3.    The Complaint constitutes all process, pleadings and orders in the State Action.  Defendants did not serve an Answer or other responsive pleading to Plaintiff's Complaint in the State Action and made no appearance or argument whatsoever in the State Action.

4.    This action is one which may be removed to this Court by Defendants, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, because this action arises under the Constitution, laws, or treaties of the United States.

5.    This Notice is timely pursuant to 28 U.S.C. § 1446(b).

6.    All Defendants consent to this removal.

## THE STATE COURT ACTION

7.    Plaintiff alleges, <u>inter alia</u>, that, Defendants engaged in employment discrimination based on sex, and retaliation.  The Second Cause of Action seeks relief under Title VII (i.e., Title VII of the Civil Rights Act of 1964, as amended).  *See* Complaint, Exhibit A at ¶ 1.

## THE COURT'S REMOVAL JURISDICTION

8.    28 U.S.C. § 1441 provides the basis for removal jurisdiction of this Court in this action.  That section provides, in pertinent part:

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

9.    Plaintiff's Complaint asserts a claim arising under federal law.  As a result, such claims are within the original jurisdiction of this Court based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10.    Accordingly, the State Action is removable to this Court under 28 U.S.C. § 1441.

11.     The Court has supplemental jurisdiction over Plaintiff's state and local law claims pursuant to 28 U.S.C. § 1367(a) while Plaintiff's federal claims are pending.

12.     Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

13.     Defendants will promptly notify the Supreme Court of the State of New York, County of Nassau, and all adverse parties of this Notice of Removal by filing with the court a Notice of Filing of Notice of Removal and serving a copy of same on all parties.  A copy of that notification is annexed hereto as Exhibit B.

Dated:  Melville, New York
        August 18, 2022

Respectfully submitted,

JACKSON LEWIS P.C.
*ATTORNEY FOR DEFENDANTS*
58 S. Service Road, Suite 250
Melville, New York 11741
(631) 247-0404


By:   *Jeffrey M. Schlossberg*
      Jeffrey M. Schlossberg, Esq.

3

**CERTIFICATE OF SERVICE**

        I hereby certify that on August 18, 2022, I caused to be served Defendants' Notice of Removal via the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service on counsel for the Plaintiff at the following address:

David H. Rosenberg, Esq.
THE LAW OFFICE OF DAVID H. ROSENBERG, P.C.
Attorneys for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, New York 11747


*Jeffrey M. Schlossberg*
Jeffrey M. Schlossberg, Esq.


4860-7624-9902, v. 1

4